AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

——————— District of ———————

**APPEARANCE**

CASE NUMBER: 04-M0068-LPC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   GARY ADAMS

I certify that I am admitted to practice in this court.

10/26/04
*Date*

*Signature*

Robert M. Griffin  553893
*Print Name*                              *Bar Number*

30 Eastbrook RD  Rm 301
*Address*

Dedham, MA.   02026
*City*         *State*      *Zip Code*

781-330-0099   781-461-9268
*Phone Number*              *Fax Number*

508-922-9794