AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

US v. Gary Adams

**EXHIBIT AND WITNESS LIST**

Case Number: MJ 04-68

| PRESIDING JUDGE Cohen | PLAINTIFF'S ATTORNEY Bower | DEFENDANT'S ATTORNEY Griffin |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | Special Agent - Rodericks |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages