AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

GARY J. ADAMS

**WARRANT FOR ARREST**

CASE NUMBER: 04-M0068-LPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __GARY J. ADAMS__
<br>Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
being a felon in possession of ammunition

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 OCT 25 P 1:55

LAWRENCE P. COHEN
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

October 25, 2004 — Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY
ARREST/ARRAIGNMENT OF THE DEFENDANT
12/20/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.