UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY J. ADAMS<br>        Defendant. | )<br>) **04 CR 10342 NG**<br>) CRIMINAL NO.<br>)<br>) VIOLATION:<br>) 18 U.S.C. §922(g)(1)<br>) Felon in Possession<br>) of Ammunition<br>) |

## INDICTMENT

**COUNT ONE:**  (18 U.S.C. § 922(g)(1) -- Felon in Possession of Ammunition)

The Grand Jury charges that:

On or about August 13, 2004, at Dorchester, in the District of Massachusetts,

### GARY J. ADAMS

the defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce ammunition, to wit, 6 rounds of .357 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
SANDRA S. BOWER
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS           November 17, 2004 @ 11:50 am

Returned into the District Court by the Grand Jurors and filed.


_____
Deputy Clerk

%JS 45 (5/97) - (Revised USAO MA 1/13/04)

04 CR 10342 NG

**Criminal Case Cover Sheet**                                                                 U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** _____ | **Category No.** II | **Investigating Agency** ATF/BPD |
| **City** Dorchester | **Related Case Information:** | |
| **County** Suffolk | Superseding Ind./ Inf. _____    Case No. _____ | |
| | Same Defendant _____    New Defendant _____ | |
| | Magistrate Judge Case Number    04-M00068-LPC | |
| | Search Warrant Case Number    _____ | |
| | R 20/R 40 from District of    _____ | |

**Defendant Information:**

Defendant Name   Gary J. Adams                         Juvenile  [ ] Yes  [X] No

Alias Name   Joseph J. Adams

Address   9 Brookvale Street, Dorchester, MA

Birth date (Year only): 1976   SSN (last 4 #): 7615   Sex M   Race: Black   Nationality: U.S.

Defense Counsel if known:   Robert M. Griffin       Address:  30 Eastbrook Road
                                                                                        Dedham MA 02026
Bar Number:  _____

**U.S. Attorney Information:**

AUSA   Sandra S. Bower                             Bar Number if applicable   0787700 Florida

Interpreter:   [ ] Yes  [X] No          List language and/or dialect:  _____

Matter to be SEALED:    [ ] Yes   [x] No

[ ] Warrant Requested          [ ] Regular Process          [x] In Custody

**Location Status:**

Arrest Date:  _____

[x] Already in Federal Custody as _____ in _____ .
[ ] Already in State Custody _____       [ ] Serving Sentence    [X] Awaiting Trial
[ ] On Pretrial Release:   Ordered by _____ on _____

Charging Document:    [ ] Complaint        [ ] Information        [x] Indictment
Total # of Counts:       [ ] Petty _____   [ ] Misdemeanor _____   [X] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11-17-04                  Signature of AUSA: *Sandra S. Bower*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Gary J. Adams

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 922(g)(1) | Felon in possession of ammunition | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**