IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
    v. )
) CRIMINAL NO. 04-10342-NG
GARY ADAMS

### JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)

The United States and counsel for Defendant GARY ADAMS file this Joint Memorandum Pursuant to Local Rule 116.5(C) as follows:

1) There are no outstanding discovery issues;

2) The parties do not anticipate providing additional discovery as a result of future receipt of information, documents, or reports of examinations or tests. The government has produced a ballistics report and a fingerprint examination report. The government has agreed to produce additional expert discovery 30 days prior to trial and the defendant has agreed to produce expert discovery 14 days prior to trial;

3) The defendant does not intend to raise a defense of insanity or public authority;

4) The government has requested notice of alibi and the defendant has advised that no alibi will be asserted;

5) The defendant intends to file a motion to suppress and requests that a date be established by which to file this or any other pretrial motion;

6) As noted in ¶5, a motions date should be established;

7) The parties have discussed the possibility of early resolution of this case without trial and advise the Court that a trial is necessary;

8) The Court has previously excluded for purposes of the Speedy Trial Act the periods of November 30, 2004, through December 28, 2004, and January 11, 2005, through March 14, 2005; and

9) Trial in this case will last about three days.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Sandra S. Bower for           By:  /s/ Sandra S. Bower
    ROBERT M. GRIFFIN, Esq.               SANDRA S. BOWER
    Counsel for Defendant                 Assistant U.S. Attorney
    30 Eastbrook Road                     1 Courthouse Way, Suite 9200
    Dedham, MA 02026                      Boston, MA 02210
    781-320-0099                          617-748-3184