UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____  )
UNITED STATES OF AMERICA,             )
                                      )
                                      )
          v.                          )   CRIMINAL ACTION
                                      )   NO. 04-10342-NG
GARY ADAMS,                           )
          Defendant,                  )
_____)

STATUS REPORT
March 14, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Gertner, J. to whom this case is assigned:

1. Substantive Motions

Mr. Adams intends to file a Motion To Suppress. That motion shall be filed by April 4, 2005, and the Government shall file its opposition to that motion by April 18, 2005.

2. Further Status Conference

A further status conference shall be held in this case on April 22, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

The Court has previously excluded from the Speedy Trial Act, the periods from November 3, 2004 through December 28, 2004, and

January 11, 2005 through January 14, 2005. Therefore, thirteen days have not been previously excluded from the Speedy Trial Act. I am excluding from the Speedy Trial Act the period from March 14, 2005 (date of expiration of prior order of excludable time) through April 18, 2005 (date by which the Government is to file its opposition to Mr. Adams' Motion To Suppress). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, May 10, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>  
CHARLES B. SWARTWOOD, III  
CHIEF MAGISTRATE JUDGE