UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
        v.                    )   CRIMINAL ACTION
                              )   NO. 04-10342-NG
GARY ADAMS,                   )
        Defendant,            )
_____)

ORDER OF EXCLUDABLE TIME
March 14, 2005

**SWARTWOOD, C.M.J.**

   It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), the period from March 14, 2005 (date of expiration of prior order of excludable time) through April 18, 2005 (date by which the Government is to file its opposition to Mr. Adams' Motion To Suppress) shall be excluded from the Speedy Trial Act.

                              /s/Charles B. Swartwood, III
                              CHARLES B. SWARTWOOD, III
                              CHIEF MAGISTRATE JUDGE