# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
          v.                  )   CRIMINAL ACTION
                              )   NO. 04-10342-NG
GARY ADAMS,                   )
          Defendant,          )
_____)
```

## STATUS REPORT
## April 27, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Gertner, J. to whom this case is assigned:

1. <u>Substantive Motions</u>

Because of Mr. Adams' counsel's recent trial schedule, he has been unable to file an anticipated Motion To Suppress. That motion shall be filed by June 3, 2005. I have granted this extended period within which a Motion To Suppress shall be filed because of Mr. Adams' counsel's anticipated trial schedule. The Government shall file its opposition to that motion by June 24, 2005.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on June 28, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the periods from April 18, 2005 (date of prior order of excludable time) through June 24, 2005 (date by which the Government is to file its opposition to Mr. Adams' Motion To Suppress). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases and further noting that thirteen (13) days have not been previously excluded from the Speedy Trial Act, this case must be tried on or before <u>Saturday, August 20, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE