## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 04-10342-NG** |
| GARY ADAMS, ) | |
| Defendant, ) | |

### FINAL STATUS REPORT
### June 29, 2005

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Gertner, J. to whom this case is assigned:

1. <u>Discovery</u>

Completed.

2. <u>Substantive Motions</u>

Mr. Adams has filed a Motion To Suppress and the Government has filed an opposition to that motion. Therefore, I am returning this case to Judge Gertner for all further proceedings.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the period from date of arraignment through June 24, 2005, except for thirteen days (13) which have not been previously excluded from the Speedy Trial Act. Therefore,

assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Saturday, August 20, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE