

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

September 2, 2003

Honorable Nancy Gertner
U.S. District Judge
John J. Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

    Re: <u>United States v. Gary Adams</u>
        Criminal No. 04-10342-NG

Dear Judge Gertner:

    This is to notify you that the parties are continuing to investigate the issues raised by the Court at the suppression hearing on August 17, 2005. It is the parties' current expectation to go forward with the continued hearing scheduled for September 26, 2005, at 2:30 p.m. We will notify the Court if that changes.

                                      Sincerely,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                  By: _____
                            CHRISTOPHER F. BATOR
                            Assistant U.S. Attorney

cc: Robert Griffin, Esq.