UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V    CRIMINAL NO. 04-CR-10342-NG

GARY ADAMS

DEFENDANTS MOTION FOR HEARING FOR A CHANGE OF PLEA

Now comes the defendant in the above referenced matter and respectfully moves this Honorable Court to schedule a hearing at the Court's earliest convenience for the defendant's change of plea.

Respectfully submitted
Gary Adams
By His Attorney,

Robert M. Griffin
Denner♦Pellegrino Associates
4 Longfellow Place
Boston, Ma. 02114
617-227-2800
BBO# 553893

Dated: October 31, 2006