UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            ) Cr. No. 04-10342-NG
       V.                   )
                            )
GARY ADAMS                  )
```

**NOTICE TO COURT**

This is to notify the Court that it is the Government's position that the defendant must remain in custody following acceptance of his plea and pending sentencing.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/CHRISTOPHER F. BATOR
     Assistant U.S. Attorney

     Date: December 20, 2006

CERTIFICATE OF SERVICE

I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon counsel of record by electronic filing.

/s/CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Date: December 20, 2006