```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        v.                  )   CRIMINAL NO. 04-10342-NG
                            )
GARY J. ADAMS               )
                            )
```

**NOTICE OF APPEARANCE**

Please enter the appearance of Assistant United States Attorney James P. Dowden for the United States in the above-captioned matter.

```
                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                         By:
                             /s/ James P. Dowden
                             JAMES P. DOWDEN
                             Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

I, JAMES P. DOWDEN, certify that on March 6, 2007 I served upon counsel for defendant, Robert M. Griffin, Esq. , a copy of the foregoing document via the Court's ECF electronic filing system.

/s/ James P. Dowden
James P. Dowden
Assistant United States Attorney