UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V                                          CRIMINAL NO. 04-CR-10342-NG

GARY ADAMS

DEFENDANT'S MOTION FOR A CONTINUANCE OF SENTENCING DATE

Now comes the defendant in the above captioned matter and moves this Honorable Court to continue his sentencing date from March 28, 2007 to a date in mid-April that is convenient for the Court. As grounds therefore counsel for the defendant avers that he was unexpectedly away from his practice during the month of January due to personal reasons and was unavailable to be present for the defendant's pre-sentence interview with Probation until late February.
Counsel has contacted Assistant United States Attorney Christopher Bator regarding this request and he has assented.

Respectfully Submitted,
Gary Adams
By His Attorney,

_____
Robert M. Griffin
Counsel for the Defendant
Denner ♦ Pellegrino Associates
4 Longfellow Place
Boston, Ma. 02114