AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

filed in open court 6/30/08

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Gary J. Adams

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 04-10342-NG

I, ☒ Gary Adams, charged in a ☐ complaint ☒ petition pending in this District with ☒ _____

in violation of Title ☒ _____ 18 _____, U.S.C., ☒ USC § 922(g)(1),

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

☒ Gary Adams
Defendant

☒ 6/30/08
Date

☒ _____
Counsel for Defendant